In the Matter of PHILIP S. McNALLY, Respondent, against AMY B. YOUNGS et al., Appellants.

(Argued May 22, 1933; decided June 6, 1933.)

*Gustav Lange, Jr.*, for appellants.
*William M. Kilcullen, Harry Pfeffer* and *Emil Morosini, Jr.*, for respondent.

No opinion.

Concur: Pound, Ch. J., Crane, Lehman, O'Brien and Crouch, JJ.  Not sitting: Kellogg and Hubbs, JJ.